UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                Plaintiff,<br><br>    v.<br><br>VASQUEZ BROTHERS, INC. dba CENTRAL COAST PACKING,<br><br>                Defendants. | Case No.: C 05-3867 PVT<br><br>**CASE MANAGEMENT CONFERENCE ORDER** |

      On January 31, 2006, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

      IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Conference Statement.

      IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

      IT IS FURTHER ORDERED that, absent agreement of the parties or further order of this court, the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure apply to this case except that: 1) the deposition of Plaintiff may take up to 10.5 hours; and 2) the

1  deposition of one defense witness (to be selected by Plaintiff) may take up to 10.5 hours.

2      IT IS FURTHER ORDERED that, based on the agreement of the parties, this case is
3  ordered into court-sponsored mediation.

4      IT IS FURTHER ORDERED that the following schedule shall apply to this case:

5      Fact Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1/06/07

6      Last Day for Dispositive Motion Hearing . . . . . . . . . . . . . . . . . . . . . 10:00 a.m. on 3/6/07

7      Final Pretrial Conference . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2:00 p.m. on 4/10/07

8      Jury Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9:30 a.m. on 4/23/07

9      IT IS HEREBY ORDERED that the parties shall comply with the Standing Order for
10 Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull  (rev.
11 1/5/06), a copy of which is attached hereto,[1] with regard to the timing and content of the Joint
12 Pretrial Statement, and all other pretrial submissions.

13 Dated: *01/31/06*

                                            PATRICIA V. TRUMBULL
                                            United States Magistrate Judge

---

[1] A copy of Judge Trumbull's standing order is available from the clerk of the court.  It is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Trumbull's name, then on the "Magistrate Judge Trumbull's Standing Orders" link, and finally on the bullet for "Mag Judge Trumbull's General Order for all purposes (01/5/06)."